# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| TARZ MITCHELL, | ) | |
| Plaintiff, | ) | Case No. 2:10-cv-01339-JCM-GWF |
| vs. | ) | **ORDER** |
| HOWARD SKOLNIK, *et al.*, | ) | Motion to Compel (#15) |
| Defendants. | ) | |

This matter is before the Court on Plaintiff Tarz Mitchell's Motion to Order Defendants to Answer or Otherwise Respond to Plaintiff's Complaint (#15), filed February 23, 2011.

On December 3, 2010, the Court completed a screening of Plaintiff's Complaint and ordered that Defendants be served with the complaint through the Office of the Nevada Attorney General. (#8). To date, Defendants have failed to answer or otherwise respond to Plaintiff's Complaint (#9). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Tarz Mitchell's Motion to Order Defendants to Answer or Otherwise Respond to Plaintiff's Complaint (#15) is **granted**. Defendants shall answer or otherwise respond to Plaintiff's Complaint (#9) on or before **April 11, 2011**. Plaintiff is notified that failure to comply with this order may result in sanctions, including the entry of default judgment against Defendants.

DATED this 21st day of March, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge